IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01084-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

      Plaintiff,

v.

DOES 1-33,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 27, 2014.**

      Defendant Doe's [#1] Motion to Quash or Vacate [filed May 20, 2014; docket #12] is **denied without prejudice** for the following reason.

      From the content and title of the present motion, the Court infers that Doe #1 seeks to proceed in this litigation anonymously. However, he has failed to properly seek permission from the Court to do so. *See K-Beech, Inc. v. Does 1-29*, 826 F. Supp. 2d 903, 905 (W.D.N.C. 2011) (noting that a party who wishes to proceed anonymously may overcome the presumption against anonymous proceedings by filing a well-reasoned motion to proceed anonymously); *see also West Coast Prods., Inc. v. Does 1-5829*, 275 F.R.D. 9, 12 (D.D.C. 2011) ("federal courts generally allow parties to proceed anonymously only under certain special circumstances when anonymity is necessary to protect a person from harassment, injury, ridicule or personal embarrassment").

      Therefore, if Doe #1 wishes to re-file his motion in accordance with this order and all applicable local and federal court rules, he may do so **on or before June 6, 2014** and must first (or contemporaneously) file a motion to proceed anonymously in accordance with Rule 11(a).

      The Court will construe the present motion and its attachments as Doe #1's supplement containing his name and address for Court records; accordingly, the Clerk of the Court is directed to maintain the motion and attachments (docket #12) under Restriction Level 2 until further order of the Court.

      In addition, the Court directs the Clerk to send a copy of this order to the address listed in docket #12-1 at 6. The Court may strike any motion or other filing that deviates from the requirements of this order or from those set forth in the applicable local or federal rules.